LAW OFFICES OF SETH W. WIENER
Seth W. Wiener (SBN 203747)
seth@sethwienerlaw.com
609 Karina Court,
San Ramon, California 94582
Telephone: (925) 487-5607

DEVLIN LAW FIRM LLC
Timothy Devlin (*pro hac vice* to be filed)
tdevlin@devlinlawfirm.com
Derek Dahlgren (*pro hac vice* to be filed)
ddahlgren@devlinlawfirm.com
Cory Edward (*pro hac vice* to be filed)
cedwards@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Onscreen Dynamics, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONSCREEN DYNAMICS, LLC, | Case No.: 4:20-cv-05553-JST |
| Plaintiff, | |
| v. | **PLAINTIFF ONSCREEN DYNAMICS, LLC'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE (CIV. L.R. 6-2)** |
| ASUSTEK COMPUTER INC. & ASUS COMPUTER INTERNATIONAL, | |
| Defendants. | |

WHEREAS the Case Management Conference is currently scheduled for November 10, 2020 at 2:00 pm, and the parties' Joint Case Management Statement is due November 2, 2020 (Dkt. No. 14);

WHEREAS Plaintiff Onscreen Dynamics, LLC ("Onscreen") respectfully requests that the Court move the Case Management Conference to January 11, 2020, or to another date thereafter at the Court's convenience, and that the parties' Joint Case Management Statement be postponed in relation to the new Case Management Conference date set by the Court;

WHEREAS the requested change will not alter any other date of any event or any deadline already fixed by Court order, other than the Case Management Conference date and the Case Management Statement deadline;

WHEREAS Onscreen states the following grounds for this request for the application for continuance:

1. In light of the circumstances surrounding the COVID-19 pandemic, Plaintiff refrained from formally serving Defendants with the summons and Complaint immediately upon issuance of summons but did give Defendants notice of suit by letter with a courtesy copy of the Complaint and associated documents.

2. Defendants have yet to file an answer to the Complaint or respond to the initial courtesy letter provided;

3. As of yet, the parties have not yet fully conferred regarding initial disclosures, early settlement, discovery plans, and the Joint Case Management Statement.

4. The parties need additional time in which to prepare initial disclosures, a proper discovery plan, and to discuss the potential for settlement of this case.

5. The requested change will not alter any other date of any event or any deadline already fixed by Court order, other than the Case Management Conference date and the Case Management Statement deadline.

NOW, THEREFORE, Onscreen respectfully requests that (1) the initial Case Management Conference be continued to approximately January 11, 2020, or to another date

1  thereafter at the Court's convenience, and (2) that the parties' Joint Case Management
2  Statement be postponed to seven days before the rescheduled Case Management Conference.
3
4  Dated: November 3, 2020                    Respectfully submitted,
5                                             LAW OFFICES OF SETH W. WIENER
6                                             */s/Seth W. Wiener*
7                                             Seth W. Wiener
                                               California State Bar No. 203747
8                                             609 Karina Court
                                               San Ramon, California 94582
9                                             Telephone: (925) 487-5607
                                               Email: seth@sethwienerlaw.com
10
11                                            DEVLIN LAW FIRM LLC
                                               Timothy Devlin (*pro hac vice* to be filed)
12                                            tdevlin@devlinlawfirm.com
                                               Derek Dahlgren (*pro hac vice* to be filed)
13                                            ddahlgren@devlinlawfirm.com
                                               Cory Edward (*pro hac vice* to be filed)
14                                            cedwards@devlinlawfirm.com
                                               1526 Gilpin Avenue
15                                            Wilmington, Delaware 19806
                                               Telephone: (302) 449-9010
16                                            Facsimile: (302) 353-4251
17                                            *Attorneys for Plaintiff*
18                                            *Onscreen Dynamics, LLC*
19
20
21
22
23
24
25
26
27
28

**DECLARATION**

I, Derek Dahlgren, declare as follows, pursuant to Civ. L.R. 6-2:

1. I am the counsel of record in this action for Plaintiff.

2. In light of the circumstances surrounding the COVID-19 pandemic, Plaintiff refrained from formally serving Defendants with the summons and Complaint immediately upon issuance of summons but did give Defendants notice of suit by letter with a courtesy copy of the Complaint and associated documents.

3. Defendants have yet to file an answer to the Complaint;

4. The parties are engaging in discussion in hopes of an early resolution to this case. As of yet, the parties have not yet fully conferred regarding initial disclosures, early settlement, discovery plans, and the Joint Case Management Statement.

5. The parties need additional time in which to prepare initial disclosures, a proper discovery plan, and to continue discussing the potential for settlement of this case.

6. The requested change will not alter any other date of any event or any deadline already fixed by Court order, other than the Case Management Conference date and the Case Management Statement deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Dated:  November 3, 2020                                        /s/ Derek Dahlgren

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on November 3, 2020

                                      */s/ Seth W. Wiener*_____
                                      Seth Wiener

                                      *Attorneys for Plaintiff*
                                      *Onscreen Dynamics, LLC*